113 A.3d 1245

**Robert STOKES, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 28 EM 2015.**

Supreme Court of Pennsylvania.

May 1, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 1st day of May, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **GRANTED** to the extent it seeks mandamus relief. The Court of Common Pleas of Philadelphia County is **DIRECT-ED** to adjudicate Petitioner's habeas corpus petition within 90 days.